IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:08CV295 |
| v. | ) ) ) | |
| BURKETT R. POWELL, | ) ) ) | |
| Respondent. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Petitioner, | ) ) ) | 8:08CV296 |
| v. | ) ) ) | |
| BURKETT R. POWELL, as Corporate officer of BRP Enterprises, Inc., | ) ) ) ) | |
| Respondent. | ) ) | |

ORDER CONTINUING HEARING

IT IS ORDERED that petitioner's unopposed Motions to Continue (Filing No. 6 in both cases) are granted. Hearing is continued to **November 20, 2008, at 2:00 p.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The Clerk's Office shall mail a copy of this order to:

> Robert B. Creager
> ANDERSON, CREAGER LAW FIRM
> 1630 K Street
> Lincoln, NE 68508

DATED this 16th day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge